IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00198-MSK-KLM

CRYSTAL HERNANDEZ,

Plaintiff,

v.

UNITED COLLECTION BUREAU,

Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CRYSTAL HERNANDEZ and Defendant, UNITED COLLECTION BUREAU, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled. Therefore, the claims asserted by Plaintiff, CRYSTAL HERNANDEZ, against Defendant, UNITED COLLECTION BUREAU, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party to bear their own fees and costs.

Dated: April 15, 2010

KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
Attorney for Plaintiff,
CRYSTAL HERNANDEZ

Dated: April 15, 2010

/s/ Timothy M. Murphy
Timothy M. Murphy
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, Colorado 80202
Attorney for Defendant,
UNITED COLLECTION BUREAU

1

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

          BY THE COURT:

          _____
          United States District Court Judge